# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON _____
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Anthony Earl Hardrick | ) | Case No: 5:02-CR-7-1BO |
| | ) | USM No: 19974-056 |
| Date of Previous Judgment:          June 20, 2002 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney   Samuel J. Randall, IV |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the _____ defendant _____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.      ☐ GRANTED    and the defendant's previously imposed sentence of imprisonment (as reflected

in the last judgment issued) of _____ months **is reduced to**    months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level: _____ | Amended Offense Level: _____ |
| Criminal History Category: _____ | Criminal History Category: _____ |
| Previous Guideline Range: ____ to ____ months | Amended Guideline Range: ____ to ____ months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain) :

### III. ADDITIONAL COMMENTS

The defendant is not eligible because the offense level resulted from application of the career offender and armed career criminal guideline.

Except as provided above, all provisions of the judgment dated _____
shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  1/14/11

Effective Date: _____
(if different from order date)

Judge's signature

Terrence W. Boyle, U.S. District Judge
Printed name and title