IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:02-CR-7-BO

| | | |
|---|---|---|
| ANTHONY EARL HARDRICK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

For good cause having been shown upon the motion of Respondent to disclose Petitioner's presentence investigation report and for good cause shown, it is hereby

ORDERED that Respondent may provide a copy of Petitioner's presentence investigation report in this matter to the Office of the United States Attorney for the Western District of Tennessee and the United States District Court for the Western District of Tennessee.

This ___8___ day of ___May___, 2017.

_____
TERRENCE W. BOYLE
United States District Judge